FIRST DEPARTMENT, SEPTEMBER, 1983

(September 15, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALDO GRANT, Appellant. — Judgment, Supreme Court, New York County (Peter J. McQuillan, J.), rendered on May 23, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Ross, Milonas and Alexander, JJ.

■ JACOBUS BEEKMAN et al., Appellants, v CITY OF NEW YORK et al., Respondents. — Judgment, Supreme Court, New York County (Nathaniel Helman, J.), entered on March 2, 1982, unanimously affirmed, without costs and without disbursements, for the reasons stated by Nathaniel Helman, J., at Special Term. Concur — Sandler, J. P., Asch, Silverman, Bloom and Kassal, JJ.